Skaar & Feagle, LLP
108 E. Ponce de Leon Avenue
Suite 204
Decatur, Georgia 30030
United States
404-373-1970

# Skaar & Feagle, LLP

**Invoice**

| | |
|---|---|
| Invoice # | 00018 |
| Invoice Date | September 16, 2014 |
| Due Date | September 16, 2014 |
| Balance Due | $67,472.36 |
| Payment Terms | |
| Case / Matter | Wreyford, Hayden v. Citizens for Transportation Mobility Inc. |

Hayden Wreyford

For services rendered between July 19, 2012 and September 16, 2014

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 07/19/2012 | JH | Drafted Documents for Litigation | Draft Class Action Complaint v. Citizens for Transportation Mobility | 225.00 | 1.4 | 315.00 |
| 07/20/2012 | JH | Drafted Documents for Litigation | Discuss matter with KS, draft Summons and Coversheet, Have client execute class authorization document and file. | 225.00 | 0.8 | 180.00 |
| 07/20/2012 | JF | Drafted Documents for Litigation | review draft complaint, conf. with cc JTH | 375.00 | 0.6 | 225.00 |
| 07/24/2012 | JF | Conference | conf with staff MS regarding service of complaint | 375.00 | 0.1 | 37.50 |
| 08/16/2012 | JH | email correspondence | Review and respond to email from Ben Mathis | 225.00 | 0.2 | 45.00 |
| 08/16/2012 | JH | review documents | Troutman Sanders filed Answer. Review Answer and Respond to Anthony from Freeman Mathis re: Answer filed. | 225.00 | 0.3 | 67.50 |
| 08/16/2012 | JF | email correspondence | rec. email from oc BM, conf. with cc JH regarding extension. | 375.00 | 0.1 | 37.50 |
| 08/16/2012 | JF | review documents | reviewed answer filed by CTM by Troutman Sanders, conf. with cc JTH about two firms involvement and conflict of extension request by one firm and answer filed by other. | 375.00 | 0.3 | 112.50 |
| 08/27/2012 | JH | Drafted Documents for Litigation | Draft Joint Preliminary Report | 225.00 | 1.3 | 292.50 |
| 08/29/2012 | JH | review documents | Reviewing Joint Prelim w/ KS comments; prep for 26(f) | 225.00 | 0.4 | 90.00 |
| 08/29/2012 | JH | Conference with opposing counsel | called in and left message; incoming call from A DelRio for 26(f). | 225.00 | 0.4 | 90.00 |
| 09/12/2012 | JH | review documents | review Joint Prelim edits by ADR | 225.00 | 0.1 | 22.50 |
| 09/14/2012 | JH | review documents | Review Joint Prelim and email back over with finalized dates for filing; draft CIP and Initial Disclosures | 225.00 | 1.1 | 247.50 |
| 09/17/2012 | JH | Drafted Documents for Litigation | Draft initial discovery requests to CTM and subpoena to OnTarget | 225.00 | 1.3 | 292.50 |

| Date | Initials | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/18/2012 | JH | Electronic Filing | File notice of intent to serve subpoena to OnTarget | 225.00 | 0.1 | 22.50 |
| 09/19/2012 | JH | Drafted Documents for Litigation | finalize and send out discovery; file certificate of service | 225.00 | 0.4 | 90.00 |
| 09/28/2012 | JH | Electronic Filing | File Joint Prelim | 225.00 | 0.1 | 22.50 |
| 09/28/2012 | JH | Drafted Documents for Litigation | Draft Motion to Add OnTarget and Amended Complaint | 225.00 | 2.2 | 495.00 |
| 09/28/2012 | JH | Drafted Documents for Litigation | Motion for extension of time to more for class certification | 225.00 | 1.4 | 315.00 |
| 10/08/2012 | JH | Conference with opposing counsel | incoming call from Tony Love - retained to represent OnTarget; requested that we drop the subpeona since we are adding OnTarget. I said we'd drop it in exchange for an extension of time to file a Motion for Class Certification. | 225.00 | 0.1 | 22.50 |
| 10/09/2012 | JH | Conference with opposing counsel | Discussed w/ Tony Love the OnTarget subpoena and OnTarget's viability. They will not comply with the subpoena. They want to know whether or not we would withdraw it | 225.00 | 0.2 | 45.00 |
| 10/15/2012 | JH | Drafted Documents for Litigation | Researching numerosity issue for M4ClassCert and begin draft of M4ClassCert brief. | 225.00 | 4.2 | 945.00 |
| 10/16/2012 | JH | Drafted Documents for Litigation | finish rough draft of M4Class Cert Brief | 225.00 | 2.8 | 630.00 |
| 10/18/2012 | JH | Drafted Documents for Litigation | Draft affidavit for Wreyford's signature and Draft my affidavit for the Motion for Class Certification. | 225.00 | 1.8 | 405.00 |
| 10/25/2012 | JF | Conference with co-counsel | conf. with cc JTH regarding email from oc BG regarding subpoena and motion to add On Target. | 375.00 | 0.2 | 75.00 |
| 10/30/2012 | JH | review documents | Review Disc Resp from CTM and send email to Ben Mathis re: production | 225.00 | 0.6 | 135.00 |
| 10/30/2012 | JH | Drafted Documents for Litigation | Preparing Disc Responses | 225.00 | 2.9 | 652.50 |
| 11/09/2012 | JH | Drafted Documents for Litigation | Draft Subpoena to AT&T Mobility | 225.00 | 0.9 | 202.50 |
| 11/09/2012 | JH | Drafted Documents for Litigation | subpoena to neustar | 225.00 | 0.9 | 202.50 |
| 11/09/2012 | JH | Drafted Documents for Litigation | Draft Motion to Compel Subpoena Responses from On Target | 225.00 | 2.0 | 450.00 |
| 11/13/2012 | JH | review Court Order | Review Order Amending Complaint and Calendar Deadlines | 225.00 | 0.5 | 112.50 |
| 11/13/2012 | JH | Drafted Documents for Litigation | Draft initial discovery requests to On Target | 225.00 | 0.4 | 90.00 |
| 11/13/2012 | JF | review Court Order | review Court Order, conf. with cc JTH | 375.00 | 0.4 | 150.00 |
| 11/16/2012 | JF | review documents | reviewed CTM agreement and insurance policy, conf. with KS and JTH | 375.00 | 0.5 | 187.50 |
| 11/19/2012 | JH | Conference with opposing counsel | Received objections from ATT. Called Robert Steiger at ATT to discuss. He will get back to me next week. | 225.00 | 0.2 | 45.00 |
| 11/21/2012 | JH | Drafted Documents for Litigation | Research and draft reply to response to M4ClassCert | 225.00 | 3.3 | 742.50 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/23/2012 | JF | review documents | reviewed answer by CTM to amended complaint | 375.00 | 0.3 | 112.50 |
| 11/30/2012 | JH | Conference with opposing counsel | conversation w/ Nathan Garroway regarding AT&T subpoena. He will run request #3 and get back to me Tuesday. Request 1 may take more time. Request 2 will have some privacy concerns. | 225.00 | 0.8 | 180.00 |
| 12/05/2012 | JH | Drafted Documents for Litigation | new ATT subpoena | 225.00 | 0.4 | 90.00 |
| 12/18/2012 | JH | email correspondence | Email from T Love at K&S re: Scheduling conference. Checked w/ KS re: availability. Responded to T Love for availability Friday Dec. 21 at 1pm. | 225.00 | 0.3 | 67.50 |
| 12/19/2012 | JH | Conference with opposing counsel | Reviewed email objections from Nathan Garroway from Dec. 18. Called Nathan Garroway to discuss. AT&T has pulled Mr. Wreyford's calls and the originating number was Citizen's for Transportation Mobility's. AT&T is pulling the list for questions 3 & 6 (which are essentially the same). They may or may not be able to provide that list, but can provide us with an affidavit. | 225.00 | 0.3 | 67.50 |
| 12/21/2012 | JH | Conference with opposing counsel | Scheduling conference. New scheduling order with discovery extensions. Discussed extending time to supplement our motion for class certification. T Love with send out new proposed Scheduling Order. | 225.00 | 0.3 | 67.50 |
| 01/02/2013 | JH | email correspondence | email T Love re: Joint Motion for Amended Scheduling Order. | 225.00 | 0.1 | 22.50 |
| 01/03/2013 | JH | email correspondence | Received email from T Love. Should receive Proposed Motion by end of day. | 225.00 | 0.1 | 22.50 |
| 01/03/2013 | JH | Conference with opposing counsel | Call N Garroway re: AT&T Subpoena Response. | 225.00 | 0.1 | 22.50 |
| 01/04/2013 | JH | review documents | Review AT&T Objections/Response | 225.00 | 0.1 | 22.50 |
| 01/04/2013 | JH | Conference with co-counsel | Discuss strategy w/ KS. Will send discovery workout letter to KS. | 225.00 | 0.3 | 67.50 |
| 01/04/2013 | JH | email correspondence | Draft and email Discovery workout letter to King & Spalding. | 225.00 | 1.3 | 292.50 |
| 01/07/2013 | JH | Conference with opposing counsel | JTH - Return call to T Love. Left message; Incoming call from T Love - Discuss discovery dates and proposed order; multiple incoming calls from T Love brokering deal for proposed order. | 225.00 | 0.3 | 67.50 |
| 01/07/2013 | JH | Drafted Documents for Litigation | Supplement to Plaintiff's Motion for Class Certification | 225.00 | 1.2 | 270.00 |
| 01/08/2013 | JH | email correspondence | Draft Letter for N Garroway to send by email attachment | 225.00 | 2.5 | 562.50 |
| 01/09/2013 | JF | review Court Order | reviewed court Order | 375.00 | 0.1 | 37.50 |
| 01/15/2013 | JH | Conference with opposing counsel | Call into N Garroway re: AT&T subpoena. Left message with assistant. | 225.00 | 0.1 | 22.50 |
| 01/15/2013 | JH | Conference with opposing counsel | Phone conf. w/ Nathan Garroway. Wanted to understand need. Will followup later this week. | 225.00 | 0.2 | 45.00 |

| Date | Initials | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/22/2013 | JH | email correspondence | Call to N. Garroway: No Answer; Email to N Garroway regarding AT&T response | 225.00 | 0.1 | 22.50 |
| 01/23/2013 | JF | review documents | reviewed CTM response in opp to MCC | 375.00 | 0.2 | 75.00 |
| 01/28/2013 | JH | review documents | Review Disc responses and requests from OnTarget | 225.00 | 0.7 | 157.50 |
| 01/29/2013 | JH | review documents | Review proposed protective order from N Garroway. Too broad. Draft specific order. Send to KS for review. | 225.00 | 1.9 | 427.50 |
| 01/31/2013 | JH | Drafted Documents for Litigation | Create subpoena for Robocent.com and send to KS for review. | 225.00 | 1.5 | 337.50 |
| 01/31/2013 | JH | Drafted Documents for Litigation | Begin Draft of Reply Brief | 225.00 | 0.6 | 135.00 |
| 02/01/2013 | JH | Drafted Documents for Litigation | finish rough draft or reply brief | 225.00 | 2.8 | 630.00 |
| 02/01/2013 | JH | Drafted Documents for Litigation | Draft correspondence to send with subpoena. | 225.00 | 0.6 | 135.00 |
| 02/06/2013 | JH | Drafted Documents for Litigation | Finalize Reply to Class Cert Motion | 225.00 | 1.0 | 225.00 |
| 02/07/2013 | JH | Drafted Documents for Litigation | Drafted initial draft of OnTarget Discovery Responses | 225.00 | 4.5 | 1012.50 |
| 02/12/2013 | JH | Conference with co-counsel | Received call from T Love re: Reply Brief. He is upset with the reference to their failure to timely file a response. I told him I would get back to him. | 225.00 | 0.2 | 45.00 |
| 02/12/2013 | JH | email correspondence | Discuss call from T Love with Kris Skaar. Wrote email to T Love regarding a proposed resolution of their failure file a timely response. | 225.00 | 0.4 | 90.00 |
| 02/19/2013 | JH | Drafted Documents for Litigation | finalize discovery responses for client input and review | 225.00 | 0.7 | 157.50 |
| 02/20/2013 | JH | email correspondence | Email from Client re: Disc responses to OnTarget. Concerns over producing his statement. Respond to email. Advise to produce July, 2012 statement. | 225.00 | 0.2 | 45.00 |
| 02/20/2013 | JH | Conference with client | Call-in from client to review discovery responses to OnTarget. Client wanted to correct a few errors (typography). Resent for verification. Agreed to produce AT&T Statement. | 225.00 | 0.3 | 67.50 |
| 02/20/2013 | JH | Electronic Filing | File Joint Motion for Protective Order | 225.00 | 0.1 | 22.50 |
| 02/22/2013 | JH | email correspondence | Email protective order to N Garroway | 225.00 | 0.1 | 22.50 |
| 02/22/2013 | JH | review documents | Review Robocent subpoena responses | 225.00 | 0.8 | 180.00 |
| 02/25/2013 | JH | Drafted Documents for Litigation | re-work draft discovery responses to On Target in light of new information provided by Robocent. | 225.00 | 1.9 | 427.50 |
| 02/26/2013 | JH | Conference with opposing counsel | Received telephone call from Tony Love re: Motion for Telephonic Conference (after motion was filed). Read motion. No objection to conference, but do object to the facts as presented. | 225.00 | 0.2 | 45.00 |
| 02/27/2013 | JH | email correspondence | Emailing Responses to OnTarget Discovery Requests to Opp Counsel; file Cert Servs. | 225.00 | 0.8 | 180.00 |

| Date | Initials | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/05/2013 | JH | Conference with opposing counsel | Call from N Garroway. Should receive the information today. | 225.00 | 0.1 | 22.50 |
| 03/06/2013 | JH | review documents | Reviewed AT&T list. Copied list over to Excel, and removed the 1 before each number for comparison. The call list contained no duplicates, which confirmed that AT&T had inadvertently deleted duplicate calls to the same numbers. Sorted and compared Robocent lists from July 18 and July 21 call reports. The lists are identical. Cross-referenced Robocent and AT&T telephone lists. | 225.00 | 6.1 | 1372.50 |
| 03/07/2013 | JH | review documents | Review revised Anderson Declaration. Compare with records from Robocent. 1508 class members. | 225.00 | 3.2 | 720.00 |
| 03/07/2013 | JH | Drafted Documents for Litigation | Draft Amended Motion for Class Cert | 225.00 | 4.7 | 1057.50 |
| 03/07/2013 | JF | review documents | reviewed docs. emailt to JTH with go by form for motion under seal | 375.00 | 0.4 | 150.00 |
| 03/08/2013 | JH | Drafted Documents for Litigation | Motion to File Under Seal | 225.00 | 1.1 | 247.50 |
| 03/08/2013 | JH | Drafted Documents for Litigation | Finalize and file Amended Motion for Class Cert. | 225.00 | 2.2 | 495.00 |
| 03/11/2013 | JH | Drafted Documents for Litigation | First Amended Initial Disclosures | 225.00 | 1.6 | 360.00 |
| 03/12/2013 | JH | reviewed corresponence | Draft settlement letter | 225.00 | 0.7 | 157.50 |
| 03/13/2013 | JH | Drafted Documents for Litigation | Response to Motion for Telephone Conference. | 225.00 | 0.4 | 90.00 |
| 03/18/2013 | JH | Drafted Documents for Litigation | begin Draft of Response to Motion for Judgment on the Pleadings | 225.00 | 2.7 | 607.50 |
| 03/19/2013 | JH | Drafted Documents for Litigation | Continue Briefing on Resp 2 Mot 4 Judgment on Pleadings | 225.00 | 4.8 | 1080.00 |
| 03/20/2013 | JH | Drafted Documents for Litigation | Continue Draft of Resp to M4JOP | 225.00 | 5.1 | 1147.50 |
| 03/21/2013 | JH | Drafted Documents for Litigation | Finish initial draft of Motion Response | 225.00 | 2.8 | 630.00 |
| 03/21/2013 | JF | Drafted Documents for Litigation | Reviewed draft of response to Motion for Judgement on Pleading. Conf. with cc JTH. | 345.00 | 0.4 | 138.00 |
| 03/22/2013 | JH | Conference with opposing counsel | Call in from B Goheen and T Love. Agree to extension of time on Discovery and Resp to Class Cert Motion for the purposes of holding a Scheduling Conference. Asked them to provide insurance and settlement proposal. | 225.00 | 0.4 | 90.00 |
| 03/26/2013 | JH | email correspondence | Review and respond to email from T Love re: extensions | 225.00 | 0.2 | 45.00 |
| 03/27/2013 | JH | Conference with opposing counsel | Call from B Goheen re: Class Cert deadline. Wants to move to May 23. Confer with KS. Approved. Send email response back. | 225.00 | 0.3 | 67.50 |
| 03/28/2013 | JH | review documents | Review OnTarget Insurance Policy. It has TCPA specific exclusion. | 225.00 | 0.6 | 135.00 |
| 03/28/2013 | JH | Conference with client | Call client. Make Demand $900,000.00 and send out. Approved. | 225.00 | 0.2 | 45.00 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/28/2013 | JH | Conference with opposing counsel | Send out Settlement Letter | 225.00 | 0.1 | 22.50 |
| 04/08/2013 | JH | review documents | Review CTM's Reply to its Motion for Judgment on the Pleadings. | 225.00 | 0.3 | 67.50 |
| 04/08/2013 | JF | review documents | reviewed reply by CTM on MJP, conf. with cc JTH | 375.00 | 0.3 | 112.50 |
| 04/09/2013 | JH | review documents | Review CTM's Motion to Stay | 225.00 | 0.2 | 45.00 |
| 04/11/2013 | JH | email correspondence | Review Email from B Goheen re: OnTarget's alleged lack of resources. | 225.00 | 0.1 | 22.50 |
| 04/12/2013 | JH | reviewed correspondence | Reviewed letter from B Mathis to Eric Holder | 225.00 | 0.1 | 22.50 |
| 04/16/2013 | JH | Email communication with opposing counsel | Draft email response to B Goheen in response to his assertions that OnTarget lacks funds. Need at least injunctive relief and need to be convinced that they lack funds. Discussed with KS before sending out. | 225.00 | 0.6 | 135.00 |
| 04/16/2013 | JH | Email communication with opposing counsel | Review Email from B Goheen that OnTarget will consider an injunctive relief settlement. | 225.00 | 0.1 | 22.50 |
| 04/17/2013 | JH | Email communication with opposing counsel | Discuss with JMF and KS what we need to be convinced that OnTarget is not capable of funding a class-wide settlement. Send email response to B Goheen. | 225.00 | 0.4 | 90.00 |
| 04/23/2013 | JH | Drafted Documents for Litigation | Resp 2 Mot 2 Stay | 225.00 | 4.2 | 945.00 |
| 04/30/2013 | JH | Conference with opposing counsel | Draft letter to opposing counsel | 225.00 | 1.6 | 360.00 |
| 05/01/2013 | JH | Telephone Conference with opposing attorney | Called Barry Goheen re: OnTarget. Will be sending a response to CTM's settlement proposal, but wanted to let them know that we are still open to settling for injunctive relief with OnTarget if they show us that a class-wide damages settlement is not feasible. | 225.00 | 0.1 | 22.50 |
| 05/02/2013 | JH | Telephone Conference with opposing attorney | Discussed OnTarget finances for a possible resolution with OnTarget. | 225.00 | 0.2 | 45.00 |
| 05/06/2013 | JH | Conference with opposing counsel | Telephone call from M. Foree re: mediation. I asked for a class-wide settlement offer. | 225.00 | 0.1 | 22.50 |
| 05/06/2013 | JH | Conference with client | Discuss phone call from CTM, the mediation process, and what we are looking for. | 225.00 | 0.4 | 90.00 |
| 05/07/2013 | JH | review documents | Review Notice of Acknowledgement by USA | 225.00 | 0.2 | 45.00 |
| 05/09/2013 | JH | Email communication with opposing counsel | Email M Foree regarding possible class settlement offer | 225.00 | 0.1 | 22.50 |
| 05/10/2013 | JH | Conference with opposing counsel | Received call from M Foree. They will make class settlement offer. We will mediate. Send B Goheen email to confirm. Need to draft motion to refer to Magistrate. | 225.00 | 0.3 | 67.50 |
| 05/10/2013 | JH | review documents | Review CTM's subpoenas | 225.00 | 0.3 | 67.50 |
| 05/13/2013 | JH | Drafted Documents for Litigation | Draft Motion to Refer to Magistrate for Mediation and to Stay Pending Mediation | 225.00 | 1.3 | 292.50 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/16/2013 | JH | review Court Order | Review order staying case | 225.00 | 0.3 | 67.50 |
| 05/21/2013 | JH | Email communication with opposing counsel | Review Email Correspondence from B Mathis. They are not going to make a class offer in light of the stay. Discuss with KS. | 225.00 | 0.2 | 45.00 |
| 05/28/2013 | JH | email correspondence | Email from TargetSmart Counsel regarding subpoena compliance. Forward to KS and JMF. Discuss briefly with KS. | 225.00 | 0.2 | 45.00 |
| 05/29/2013 | JH | Conference with opposing counsel | Review email from B Goheen. Forward to JMF and KS. | 225.00 | 0.2 | 45.00 |
| 05/29/2013 | JF | Conference with co-counsel | email from and conference with JTH and KS regarding | 375.00 | 0.5 | 187.50 |
| 05/31/2013 | JH | Conference with co-counsel | Discuss OnTarget 23(b)(2) proposal with JMF | 225.00 | 0.4 | 90.00 |
| 05/31/2013 | JH | Conference with client | Discuss with client settlement with On Target only | 225.00 | 0.7 | 157.50 |
| 05/31/2013 | JH | Email communication with opposing counsel | Email proposed settlement layout to B Goheen | 225.00 | 0.8 | 180.00 |
| 05/31/2013 | JF | email correspondence | conf. with and reviewed email demand prepared by JTH to oc BG for Ontarget | 375.00 | 0.2 | 75.00 |
| 06/06/2013 | JH | review documents | Review USA Notice of Intervention and Memorandum of Law | 225.00 | 0.6 | 135.00 |
| 06/19/2013 | JH | Email communication with opposing counsel | Email response from B Goheen regarding OnTarget Settlement | 225.00 | 0.3 | 67.50 |
| 06/20/2013 | JH | email correspondence | email correspondence with Client re: OnTarget settlement offer. Client is sick and will get back to me. | 225.00 | 0.3 | 67.50 |
| 06/21/2013 | JH | email correspondence | email response to H Wreyford re: proposed settlement with OnTarget | 225.00 | 0.3 | 67.50 |
| 06/24/2013 | JH | Conference with client | Phone call from client. Counter OnTarget at 3K and 15k. | 225.00 | 0.2 | 45.00 |
| 07/15/2013 | JH | email correspondence | Draft Email response to B Goheen | 225.00 | 0.7 | 157.50 |
| 07/22/2013 | JH | Telephone Conference with opposing attorney | Call from M Foree re: request for oral argument on M4JOP. I told him we would not join in the motion but that we would not oppose it. | 225.00 | 0.1 | 22.50 |
| 07/25/2013 | JH | Email communication with opposing counsel | Email from B Mathis re: mediation request. Responded by reiterating our earlier position that we would like to mediate, but request an offer prior to mediation. | 225.00 | 0.6 | 135.00 |
| 07/25/2013 | JF | email correspondence | received email from oc BM regarding mediation, conf. with cc JTH on response | 375.00 | 0.3 | 112.50 |
| 07/26/2013 | JH | Telephone Conference with opposing attorney | Call from M Foree regarding Motion for Oral Argument. I asked him to email it to me for approval. Received email and responded that we have no opposition. | 225.00 | 0.6 | 135.00 |
| 08/02/2013 | KS | review Court Order | receive and review order on motion for judgment on the pleadings (1st amendment issue) | 375.00 | 0.5 | 187.50 |
| 08/02/2013 | JH | review Court Order | Review Order denying Motion for Judgment on the Pleadings | 225.00 | 0.4 | 90.00 |
| 08/02/2013 | JH | email correspondence | Email from B Goheen re: possible settlement with OnTarget. Will speak later. | 225.00 | 0.1 | 22.50 |

| Date | Initials | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/02/2013 | JH | Conference with co-counsel | Discuss with JMF and KS Order and offer from B Goheen. Will counter at 12.5k for fees. | 225.00 | 0.1 | 22.50 |
| 08/02/2013 | JH | Conference with client | Email correspondence with H Wreyford re: Court Order and offer from B Goheen. Call in from H Wreyford. We are good on everything so long as the injunction goes through the 2016 election. | 225.00 | 0.3 | 67.50 |
| 08/02/2013 | JH | Conference with opposing counsel | Phone call w/ B Goheen. Injunction through Dec. 31, 2016 agreed to. He will recommend $12,500.00 in fees. | 225.00 | 0.1 | 22.50 |
| 08/05/2013 | JH | email correspondence | Email correspondence w/ T Love re: proposed settlement agreement | 225.00 | 0.1 | 22.50 |
| 08/05/2013 | JF | email correspondence | multiple emails to JTH regarding MSJ and mediation | 375.00 | 0.2 | 75.00 |
| 08/09/2013 | KS | Drafted Documents for Litigation | revise "notice of settlement" with On Target | 375.00 | 0.3 | 112.50 |
| 08/12/2013 | JH | Miscellaneous Litigation Activity | Received CM/ECF copy of deposition notice for depo on Wednesday. Discussed with KS. Began email discussion with H Wreyford re: availability on short notice. We decided that we may as well do it on short notice, but that he is not available Wednesday. Offer tomorrow or Thursday. Send email to M Foree. Called M Foree. Agreed to Thursday depo. | 225.00 | 1.2 | 270.00 |
| 08/14/2013 | JH | Conference with client | Telephone conference with H Wreyford re: deposition | 225.00 | 0.5 | 112.50 |
| 08/15/2013 | JH | Miscellaneous Litigation Activity | Wreyford Depo | 225.00 | 2.0 | 450.00 |
| 08/15/2013 | JH | review documents | Review CTM subpoena to AT&T and Motion for Certification for Interlocutory Appeal | 225.00 | 0.7 | 157.50 |
| 08/16/2013 | JH | review documents | Review CTM Resp to Motion for Class Cert. They really only raised 2 objections: Charged for the call and consent. | 225.00 | 0.6 | 135.00 |
| 08/20/2013 | JH | Conference with co-counsel | Email from B Goheen re: settlement proposal. Draft response - Send to JMF and KS to review before sending | 225.00 | 0.3 | 67.50 |
| 08/20/2013 | JH | Drafted Documents for Litigation | Beginning Reply to Resp to Amended Motion for Class Cert | 225.00 | 1.6 | 360.00 |
| 08/21/2013 | JH | Research legal issue(s) | Trip to Cobb Law Library to pull prior express consent cases on Class Cert and Aff Defense | 225.00 | 1.8 | 405.00 |
| 08/21/2013 | JF | email correspondence | emails to and from cc JTH regarding notice and costs. | 375.00 | 0.1 | 37.50 |
| 08/22/2013 | JH | Drafted Documents for Litigation | Draft Resp to Motion for Clarification | 225.00 | 0.4 | 90.00 |
| 08/23/2013 | JH | Drafted Documents for Litigation | Continuing drafty of reply to response to motion for class cert | 225.00 | 3.2 | 720.00 |
| 08/26/2013 | JH | Drafted Documents for Litigation | finishing first draft of reply to response to motion for class cert. Give to KS for review. | 225.00 | 3.2 | 720.00 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/29/2013 | KS | Drafted Documents for Litigation | review, revise and edit response to request for interlocutory appeal; receive and review US Attorney's response to request for interlocutory appeal | 375.00 | 1.2 | 450.00 |
| 08/29/2013 | JH | Drafted Documents for Litigation | Finalize Reply to Class Cert Motion and file | 225.00 | 0.8 | 180.00 |
| 08/29/2013 | JH | Drafted Documents for Litigation | Draft Response in Opposition to CTM's Motion for Interlocutory Review and send to KS for Review. | 225.00 | 1.7 | 382.50 |
| 08/29/2013 | JH | review documents | Review USA Response to CTM's Motion for Interlocutory Appeal | 225.00 | 0.3 | 67.50 |
| 08/29/2013 | JF | review documents | reviewed, edited and commented on Reply Brief on motion for stay/clarification | 375.00 | 0.4 | 150.00 |
| 08/29/2013 | JF | review documents | reviewed response by oc On target, email to cc JTH | 375.00 | 0.3 | 112.50 |
| 09/09/2013 | JH | review documents | Review CTM depo notice to OnTarget | 225.00 | 0.2 | 45.00 |
| 09/10/2013 | JH | email correspondence | Email FCDR and AJC regarding publication notice prices and N Garroway regarding obtaining addresses for class members. | 225.00 | 0.2 | 45.00 |
| 09/10/2013 | JH | Drafted Documents for Litigation | Rough Draft of Initial Settlement Docs with OnTarget | 225.00 | 4.2 | 945.00 |
| 09/10/2013 | JH | Email communication with opposing counsel | Trade emails w/ B Goheen re: OnTarget Settlement Docs and CTM's Depo Notice. B Goheen represents that depo will not happen Friday. | 225.00 | 0.2 | 45.00 |
| 09/10/2013 | JF | Drafted Documents for Litigation | preparation of culled down On target proposed class notice. Emails to cc JTH | 375.00 | 0.7 | 262.50 |
| 09/11/2013 | KS | Drafted Documents for Litigation | review joint motion re: settlement with OnTarget and accompanying documents | 375.00 | 1.1 | 412.50 |
| 09/11/2013 | JH | Drafted Documents for Litigation | Finalize OnTarget Settlement Docs to send to B Goheen after KS and JMF Reviews. Email to B Goheen. | 225.00 | 2.3 | 517.50 |
| 09/11/2013 | JF | Drafted Documents for Litigation | Review and edits to class settlement docs, email to cc JTH. | 375.00 | 1.1 | 412.50 |
| 09/12/2013 | JH | Email communication with opposing counsel | email correspondence w/ B Goheen. Set up appointment for tomorrow at 3. | 225.00 | 0.1 | 22.50 |
| 09/12/2013 | JH | email correspondence | Email correspondence w/ N Garroway re: AT&T. Will discuss with them tomorrow. Will call me back tomorrow. | 225.00 | 0.1 | 22.50 |
| 09/12/2013 | JH | Email communication with opposing counsel | Email correspondence with M Foree confirming that OnTarget depo is off for tomorrow and the scheduling order. | 225.00 | 0.1 | 22.50 |
| 09/13/2013 | JH | Telephone Conference with opposing attorney | Telephone conference with Barry Goheen re: Settlement Docs, why we won't agree to a release, and why we want notice. | 225.00 | 0.3 | 67.50 |
| 09/16/2013 | JH | review Court Order | Review Order Extending Discovery until Sept 30. Recalendar. | 225.00 | 0.1 | 22.50 |
| 09/17/2013 | JH | Drafted Documents for Litigation | Drafting Response/Objections to CTM Second Disc. Req. Call B Goheen regarding whether he wants us to produce the Agreement. | 225.00 | 0.4 | 90.00 |

| Date | Atty | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/18/2013 | KS | Conference with co-counsel | cw/ atty JH re: renewing settlement offer and wording of email renewing offer; cw/ atty JH re: appellate strategy based on pending motion to appeal 1st amendment issue and possible FRCP 23 immediate appeal, mediation strategy in Kinnard Mediation Center and possible earlier mediation | 375.00 | 0.5 | 187.50 |
| 09/18/2013 | JH | Correspondence | Email N Garroway as a followup. Will Speak tomorrow. | 225.00 | 0.1 | 22.50 |
| 09/18/2013 | JH | Email communication with opposing counsel | Email settlement demand to CTM. Advised them that the offer may not remain within the policy limits in the event class certification is granted. | 225.00 | 0.3 | 67.50 |
| 09/26/2013 | KS | review Court Order | review and review court order denying motion for immediate appeal of 1st amendment issue | 375.00 | 0.2 | 75.00 |
| 09/26/2013 | KS | Telephone conversation | tcw/ atty JH re: conclusion of deposition and order denying immediate appeal | 375.00 | 0.1 | 37.50 |
| 09/26/2013 | JH | Travel to and/or from court appearance or scheduled meeting | Travel to and from Depo and participating in Depo of M Klein/OnTarget | 225.00 | 2.8 | 630.00 |
| 09/26/2013 | JF | review Court Order | reviewed Judge's Order denying CTM motion, email to cc JTH and KS | 375.00 | 0.3 | 112.50 |
| 09/27/2013 | JH | Email communication with opposing counsel | Email from B Gogeen re: Ontarget Settlement docs; review changes | 225.00 | 0.3 | 67.50 |
| 09/27/2013 | JH | Conference with opposing counsel | Telephone conference w/ B Goheen re: Settlement documents. Worked out changes | 225.00 | 0.4 | 90.00 |
| 09/27/2013 | JH | Drafted Documents for Litigation | Finalizing settlement docs with OnTarget based on conversation with B Goheen. Send proposed final agreements for approval. | 225.00 | 0.6 | 135.00 |
| 10/01/2013 | JH | Email communication with opposing counsel | Sent email to FMG attys re: Settlement Conference | 225.00 | 0.1 | 22.50 |
| 10/02/2013 | KS | Drafted Documents for Litigation | review for revision and editing the settlement agreement, preliminary approval order, final approval order, notice and consent motion | 375.00 | 1.1 | 412.50 |
| 10/03/2013 | JH | Conference with client | Received executed settlement agreement from B Goheen. Send to H Wreyford for execution. Call H Wreyford to discuss. | 225.00 | 0.3 | 67.50 |
| 10/03/2013 | JH | Email communication with opposing counsel | Received email from B Mathis requesting an extension of time to respond to the settlement demand. Send to KS and JMF for thoughts. | 225.00 | 0.1 | 22.50 |
| 10/04/2013 | JH | Conference with opposing counsel | Call from M. Foree following up on B Mathis email. Confirmed 2 week extension of time to respond regarding the settlement demand was okay and discussed OnTarget insurance policy. Sent email confirming extension to B Mathis. | 225.00 | 0.2 | 45.00 |
| 10/04/2013 | JH | Drafted Documents for Litigation | Sign off on an file OnTarget settlement docs. | 225.00 | 0.3 | 67.50 |
| 10/11/2013 | KS | Conference | cw/ atty JH re: response to mediation proposal from Ben Mathis | 375.00 | 0.4 | 150.00 |

| Date | Atty | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/11/2013 | JH | Conference with opposing counsel | Call from B Mathis re: Mediation. Says they will make offer at mediation, but can't beforehand. Says it will be substantial offer though. Will talk with KS and HW. | 225.00 | 0.1 | 22.50 |
| 10/11/2013 | JH | Conference with co-counsel | Speak with KS and then JMF re: Mediation. We will agree to mediation so long as the class settlement language is in the order. | 225.00 | 0.3 | 67.50 |
| 10/11/2013 | JH | Conference with client | Discuss mediation w/ client. He is on board. | 225.00 | 0.2 | 45.00 |
| 10/11/2013 | JH | Drafted Documents for Litigation | Draft Mediation Request | 225.00 | 0.3 | 67.50 |
| 10/14/2013 | KS | Receive and review litigation documents | initial review of objection to class settlement by one co-defendant; begin research on standing of co-defendant to object | 375.00 | 0.9 | 337.50 |
| 10/14/2013 | KS | Research legal issue(s) | research re: standing of CTM to object to | 375.00 | 0.6 | 225.00 |
| 10/14/2013 | JH | Email communication with opposing counsel | Email B Mathis re: Mediation request | 225.00 | 0.1 | 22.50 |
| 10/14/2013 | JH | Receive and review litigation documents | Reading over and evaluating CTM's Motion for Summary Judgment and Opposition to the Settlement w/ OnTarget. Discuss w/ KS re: CTM standing to object. Ask Kris to focus on objection so I could focus on Summary Judgment. M4SJ does not mention the May 2013 Charvat/Dish Network order/ relies on Mais which is on appeal. | 225.00 | 1.8 | 405.00 |
| 10/15/2013 | KS | email correspondence | review proposed conditions for mediation; prepare email to atty JH (cc to JF) about how to respond | 375.00 | 0.5 | 187.50 |
| 10/15/2013 | JH | Receive and review litigation documents | Review CTM Motion for Leave to File Supplemental Class Cert brief. Argues we raised new issues in reply and that additional discovery has been obtained re: consent. Bases motion on conclusory affidavit. Also argues the class definition is outcome determinative. | 225.00 | 0.5 | 112.50 |
| 10/15/2013 | JH | Email communication with opposing counsel | Email from B Mathis wanting 2 days post mediation to respond to out settlement proposal. Forward to KS for thoughts. Email exchanges b/w KS and myself to discuss. | 225.00 | 0.2 | 45.00 |
| 10/16/2013 | KS | email correspondence | review email from atty JH to atty BM re: mediation request; f/u email to atty JH re: same | 375.00 | 0.2 | 75.00 |
| 10/16/2013 | JH | Email communication with opposing counsel | Email to B Mathis to clarify request that their counteroffer not result in automatic rejection of our offer. | 225.00 | 0.2 | 45.00 |
| 10/16/2013 | JH | Conference with opposing counsel | Telephone call from B Mathis re: mediation and why the carrier needs to give a formal response if we don't settle in mediation. We will give them the 2 days. | 225.00 | 0.1 | 22.50 |
| 10/16/2013 | JH | Email communication with opposing counsel | Email from M Foree re: revision to proposed motion. Looks good except we want to postpone motions obligations re: SJ and Class Cert until after mediation. Made changes to Joint Motion for Mediation and sent back to them. | 225.00 | 0.3 | 67.50 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/17/2013 | JH | Drafted Documents for Litigation | Email from M Foree approving Joint Motion to Mediate for filing. Publish to .pdf and file. | 225.00 | 0.2 | 45.00 |
| 10/22/2013 | JH | email correspondence | Email correspondence with K Skaar, H Wreyford, B Mathis and C Kirilenko re: scheduling mediation. | 225.00 | 0.2 | 45.00 |
| 10/23/2013 | KS | review Court Order | review mediation order; email to atty JH re: mediation statement | 375.00 | 0.3 | 112.50 |
| 10/23/2013 | JH | review Court Order | Review mediation order and send to client | 225.00 | 0.2 | 45.00 |
| 10/23/2013 | JF | review Court Order | Reviewed order scheduling mediation, email to and from JTH regarding prep of mediation statement | 375.00 | 0.2 | 75.00 |
| 10/28/2013 | KS | Drafted Documents for Litigation | draft reply brief in opposition to CTM's objection to settlement with On Target | 375.00 | 2.3 | 862.50 |
| 10/28/2013 | JH | Conference with co-counsel | Review and Discuss with KS his draft Reply to CTM's objection to OnTarget Settlement. Propose that we need to add in why the settlement is fair. | 225.00 | 1.2 | 270.00 |
| 10/29/2013 | JH | Email communication with opposing counsel | Email correspondence w/ B Goheen regarding Reply to CTM's opposition to settlement | 225.00 | 0.2 | 45.00 |
| 10/30/2013 | JH | Drafted Documents for Litigation | Draft a new section B to Reply Brief re: settlement fairness and review/edit/add to Kris' brief. | 225.00 | 2.8 | 630.00 |
| 10/31/2013 | KS | Drafted Documents for Litigation | review, revise and edit reply brief in support of certification of OnTarget settlement class | 375.00 | 0.8 | 300.00 |
| 10/31/2013 | JH | Drafted Documents for Litigation | Review edits to Reply Brief re: OnTarget settlement with KS. Finalize and file. | 225.00 | 0.4 | 90.00 |
| 11/07/2013 | JH | Drafted Documents for Litigation | Work on mediation statement | 225.00 | 3.2 | 720.00 |
| 11/07/2013 | JF | review documents | reviewed On Target response to Motion for prelim approval of class action agreement by On Target. Email to cc JTH and KS. | 375.00 | 0.3 | 112.50 |
| 11/08/2013 | JH | Drafted Documents for Litigation | Finish first draft of Settlement Statement | 225.00 | 1.4 | 315.00 |
| 11/15/2013 | KS | Drafted Documents for Litigation | review, revise and edit mediation statement | 375.00 | 1.0 | 375.00 |
| 11/20/2013 | KS | email correspondence | email correspondence re: scheduling time to prep for mediation | 375.00 | 0.1 | 37.50 |
| 12/02/2013 | KS | Telephone conversation | tcw/ atty JH, JF; tcw/ atty JH, JF and client Mr. W | 375.00 | 0.9 | 337.50 |
| 12/02/2013 | JF | Conference with client | conf. with client and JH and KS regarding prep for Mediation | 375.00 | 1.2 | 450.00 |
| 12/02/2013 | JH | Conference with client | conference w/ client and co-counsel re: mediation | 225.00 | 1.2 | 270.00 |
| 12/03/2013 | KS | Travel to and/or from court appearance or scheduled meeting | travel to and from mediation in Gainesville | 375.00 | 2.8 | 1050.00 |
| 12/03/2013 | KS | Attend mediation | attend mediation conducted by Judge Clay Fuller | 375.00 | 6.5 | 2437.50 |
| 12/03/2013 | JH | Attend mediation | Attend mediation | 225.00 | 6.0 | 1350.00 |
| 12/03/2013 | JF | Mediation | 8:30-5:45 Gainesville Port to port for mediation. | 375.00 | 9.3 | 3487.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/04/2013 | KS | Conference | after action review with atty JH | 375.00 | 0.4 | 150.00 |
| 12/04/2013 | JH | email correspondence | email N Garroway re: Class Addresses | 225.00 | 0.1 | 22.50 |
| 12/11/2013 | JF | Conference | meeting wiht Matt Bucher of KCC to discuss admin of case and quote | 375.00 | 1.5 | 562.50 |
| 12/11/2013 | KS | Conference | conf. with JMF and KCC rep, Matt Bucher regarding admin of class. | 375.00 | 1.5 | 562.50 |
| 12/18/2013 | JH | Conference with opposing counsel | Telephone conference w/ N Garroway re: AT&T numbers | 225.00 | 0.3 | 67.50 |
| 12/26/2013 | JH | Drafted Documents for Litigation | drafting class settlement agreement | 225.00 | 1.1 | 247.50 |
| 12/27/2013 | JH | Drafted Documents for Litigation | finish initial draft of settlement agreement and notice, begin draft of joint motion | 225.00 | 4.2 | 945.00 |
| 12/30/2013 | JH | Drafted Documents for Litigation | finalize initial draft of class settlement docs with CTM and send to JMF for review. | 225.00 | 1.2 | 270.00 |
| 12/30/2013 | JF | Review Draft Pleading | Review and edit settlement docs with CTM. Conf. with cc KS. | 375.00 | 1.2 | 450.00 |
| 12/31/2013 | KS | Drafted Documents for Litigation | review, revise and edit joint motion for prelim approval, settlement agreement, class notice, prelim order and final order | 375.00 | 2.2 | 825.00 |
| 01/07/2014 | JF | Receive and review litigation documents | Review of KCC admin proposal, conf. with staff. | 375.00 | 0.3 | 112.50 |
| 01/15/2014 | JH | Conference with opposing counsel | Incoming call from N Garroway re: AT&T | 225.00 | 0.1 | 22.50 |
| 01/15/2014 | JH | Conference with opposing counsel | Telephone call to M Foree to check status. Email to Ben and Matt Foree as a followup. | 225.00 | 0.1 | 22.50 |
| 01/23/2014 | JH | Drafted Documents for Litigation | Draft Motion to Extend Stay and send to M Foree w/ Email | 225.00 | 0.8 | 180.00 |
| 01/23/2014 | JF | Conference with co-counsel | conf. with JTH regarding additional extenstion | 375.00 | 0.1 | 37.50 |
| 01/27/2014 | JH | Conference with opposing counsel | Email to M. Foree re: proposed joint extension motion | 225.00 | 0.1 | 22.50 |
| 01/27/2014 | JH | Receive and review litigation documents | Email from M. Foree approving Joint Motion. Publish to .pdf and file. | 225.00 | 0.2 | 45.00 |
| 01/27/2014 | JH | Correspondence | email to M Foree re: when to expect revisions. | 225.00 | 0.1 | 22.50 |
| 02/03/2014 | JH | Conference with opposing counsel | Return call to M Foree. Left message. | 225.00 | 0.1 | 22.50 |
| 02/04/2014 | KS | review Court Order | receive and review order on extended motion to stay | 375.00 | 0.1 | 37.50 |
| 02/14/2014 | JH | Conference with opposing counsel | Call B Mathis and M Foree re: holdup on getting docs back. | 225.00 | 0.1 | 22.50 |
| 02/14/2014 | JH | Email communication with opposing counsel | email M Foree and B Mathis re: holdup | 225.00 | 0.1 | 22.50 |
| 02/14/2014 | JF | Conference with co-counsel | conf. with cc JTH regarding case status and need for getting draft of settlement docs back from oc. | 375.00 | 0.2 | 75.00 |
| 02/17/2014 | JH | Correspondence | Review draft status report. Send back to M Foree. | 225.00 | 0.1 | 22.50 |
| 02/21/2014 | JH | Correspondence | Email to Ben Mathis and Matt Foree re: status of settlement agreement | 225.00 | 0.1 | 22.50 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/21/2014 | JH | Conference with opposing counsel | Call from M Foree. Still waiting to get approval from adjuster. | 225.00 | 0.2 | 45.00 |
| 02/21/2014 | JF | review documents | reviewed settlement docs from Matt Foray, email to cc KS and JTH | 375.00 | 0.4 | 150.00 |
| 02/21/2014 | JF | review documents | Review and discussion of changes to class settlement docs with JTH. | 375.00 | 0.5 | 187.50 |
| 02/24/2014 | JH | Drafted Documents for Litigation | Review Class Settlement Docs w/ M Foree's revisions. Email response to M Foree with no objection. Received call while drafting email to discuss reverter. M Foree requested an email re: why the reverter would not work. | 225.00 | 1.3 | 292.50 |
| 02/24/2014 | KS | Research legal issue(s) | research re: local authority on use of cy pres; email same to all counsel | 375.00 | 0.4 | 150.00 |
| 02/24/2014 | JF | email correspondence | email regarding opt out and objection language to cc JTH. | 375.00 | 0.3 | 112.50 |
| 02/27/2014 | KS | Telephone conversation | multiple tcw/ atty JH & JF re: new development in negotiation of class settlement re: defendant's demand for a kickback | 375.00 | 0.8 | 300.00 |
| 02/27/2014 | JH | Correspondence | Phone call from B Mathis re: Reverter. Discuss with JMF and Kris Skaar. Call M Foree back and ask for documents they can approve without the reverter. | 225.00 | 0.9 | 202.50 |
| 03/02/2014 | KS | Receive and review litigation documents | review documents relevant to attempts to conclude settlement | 375.00 | 0.2 | 75.00 |
| 03/03/2014 | JH | Correspondence | Call M Foree; Send email. Received call back from M Foree to discuss class settlement. I need the executed agreement to get all signatures together. Received email from M Foree with executed agreement. Forward to H Wreyford for signature. | 225.00 | 0.3 | 67.50 |
| 03/03/2014 | JH | Drafted Documents for Litigation | Received executed agreement back from H Wreyford. Sign off and mate all docs together for filing. | 225.00 | 1.4 | 315.00 |
| 03/04/2014 | JF | email correspondence | email to and from cc JTH regarding firming up cost estimates from KCC before signing off on using them. | 375.00 | 0.2 | 75.00 |
| 03/05/2014 | KS | Miscellaneous Litigation Activity | review documents from class administration firm (estimate etc.) | 375.00 | 0.2 | 75.00 |
| 03/11/2014 | KS | review Court Order | review order; cw/tcw/ atty JH & JF re: fixing timeline | 375.00 | 0.4 | 150.00 |
| 03/11/2014 | JH | review and calendar notice from court | Court ordered fairness hearing in April. Email M Foree re: potential conference call to allow time for notice. | 225.00 | 0.2 | 45.00 |
| 03/11/2014 | JH | Conference with opposing counsel | Phone call w/ M Foree re: call to Clerk | 225.00 | 0.2 | 45.00 |
| 03/12/2014 | JH | Correspondence | Email correspondence w/ M Foree | 225.00 | 0.1 | 22.50 |
| 03/12/2014 | JH | Correspondence | Phone call with Matt Bucher at KCC re: administration | 225.00 | 0.1 | 22.50 |
| 03/12/2014 | KS | email correspondence | exchange emails re: status of objection to On Target element of settlement | 375.00 | 0.2 | 75.00 |

| Date | Initials | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/12/2014 | JF | Conference with co-counsel | conf. with cc JTH regarding Judge Vining setting fairness hearing prematurely. Discussion on how to respond to court. | 375.00 | 0.3 | 112.50 |
| 03/14/2014 | KS | email correspondence | review email re: rescheduling | 375.00 | 0.1 | 37.50 |
| 04/07/2014 | JH | Email communication with opposing counsel | Email opposing counsel regarding whether or not to have the case reassigned to a Magistrate. | 225.00 | 0.2 | 45.00 |
| 04/07/2014 | JF | Conference with co-counsel | Discussion with JTH regarding approaching oc regarding consenting to jurisdiction of a Magistrate to move case along. | 375.00 | 0.2 | 75.00 |
| 04/25/2014 | JH | Correspondence | Case assigned to Judge King. Call courtroom deputy to request email for correspondence so that I may attach opposing counsel. Send email to apprise of case status. | 225.00 | 0.3 | 67.50 |
| 05/05/2014 | KS | email correspondence | receive email from court re: scheduling and resolution of pending motions | 375.00 | 0.3 | 112.50 |
| 05/05/2014 | JH | email correspondence | Review email from Karen Thornton for Judge King re: submitting new proposed orders. | 225.00 | 0.1 | 22.50 |
| 05/06/2014 | KS | email correspondence | review exchange of emails with court re: disposal of all non-class-approval motions | 375.00 | 0.2 | 75.00 |
| 05/06/2014 | JH | Drafted Documents for Litigation | Respond to email from K Thornton re: new proposed orders. Edit and circulate proposed orders to defense counsel for approval. | 225.00 | 0.6 | 135.00 |
| 05/07/2014 | JH | Drafted Documents for Litigation | Speak w/ M Foree. Draft Order denying pending motions as Moot. Waiting for OnTarget to respond. | 225.00 | 0.3 | 67.50 |
| 05/09/2014 | JH | Correspondence | Receive B Goheen edits. Apply and respond with new doc for approval. | 225.00 | 0.2 | 45.00 |
| 05/09/2014 | JF | email correspondence | email to oc Tony Love regarding amended approval order | 375.00 | 0.2 | 75.00 |
| 05/12/2014 | JH | Conference with opposing counsel | Return Call to M. Foree. Voice mail. | 225.00 | 0.1 | 22.50 |
| 05/12/2014 | JH | Conference with opposing counsel | Return call again to M. Foree. Discussed changes to class docs. | 225.00 | 0.1 | 22.50 |
| 05/13/2014 | JH | Correspondence | Emails to opposing counsel asking for confirmation of consent to the proposed orders to send to the court. Receive confirmation. | 225.00 | 0.1 | 22.50 |
| 05/13/2014 | JH | Correspondence | Email Karen Thornton proposed orders. | 225.00 | 0.2 | 45.00 |
| 05/14/2014 | JH | Correspondence | Email from Karen Thornton re: JFK changes to CTM order. Make changes, resend. | 225.00 | 0.3 | 67.50 |
| 05/14/2014 | JH | Correspondence | Confirmation from Court that orders are signed. Final Fairness Hearing set for Oct. 16 at 10:00 AM. | 225.00 | 0.1 | 22.50 |
| 05/14/2014 | JH | Correspondence | Send email to KCC re: preliminary approval order and class notice. Let them know its time to get started. | 225.00 | 0.2 | 45.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 05/14/2014 | JH | Correspondence | Email correspondence with FCDR re: publication of OnTarget settlement notice. Charge is $145.00. Call FCDR to make payment. | 225.00 | 0.3 | 67.50 |
| 05/15/2014 | KS | review Court Order | receive and review court orders re: preliminary approval of settlement; calculate and calendar significant dates; cw/ atty JH re: necessary activities and filings before hearing date | 375.00 | 0.5 | 187.50 |
| 05/21/2014 | KS | Miscellaneous Litigation Activity | revise outgoing class action info line message | 375.00 | 0.2 | 75.00 |
| 07/31/2014 | JF | email correspondence | Email to cc JTH to contact Matt at KCC regarding payment to admin logistics. | 375.00 | 0.1 | 37.50 |
| 08/27/2014 | JF | Conference with co-counsel | Conf. and emails to cc KS and JTH regarding CAFA notices. | 375.00 | 0.4 | 150.00 |
| 09/10/2014 | JH | Drafted Documents for Litigation | Begin Draft of final approval motion | 225.00 | 1.0 | 225.00 |
| 09/15/2014 | JH | Drafted Documents for Litigation | Draft first draft or final approval motion. | 225.00 | 4.2 | 945.00 |
| 09/16/2014 | JF | Drafted Documents for Litigation | Finalized motion and fee petition, multiple conf. with JTH, reviewed billing records, finalized my declaration. | 375.00 | 2.9 | 1087.50 |
| 09/16/2014 | JH | Drafted Documents for Litigation | Draft JMF Decl | 275.00 | 0.8 | 220.00 |

Time Entry Total: **$64,745.50**

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 07/20/2012 | JH | Filing Fee | | 350.00 | 1.0 | 350.00 |
| 11/15/2012 | JH | Service of Process | Fee to Secretary of State for service on OnTarget pursuant to OCGA 45-13-26(b). | 10.00 | 1.0 | 10.00 |
| 02/04/2013 | JH | Service of Process | Check to Marston for Service of Subpoena on Robocent | 85.00 | 1.0 | 85.00 |
| 09/12/2013 | JH | Costs for Deposition Transcript | Transcript of Wreyford Deposition | 301.80 | 1.0 | 301.80 |
| 10/11/2013 | JH | Costs for Deposition Transcript | Transcript for M Klein Deposition | 353.81 | 1.0 | 353.81 |
| 05/14/2014 | JH | Publication Notice | Publication notice in the Fulton County Daily Report re: TSPLOST Class Action. | 145.00 | 1.0 | 145.00 |
| 08/11/2014 | JH | Research legal issue(s) | Research costs: Accurint (Lexis-Nexis): Assisting KCC with address lookup. | 1481.25 | 1.0 | 1481.25 |

Expense Total: **$2,726.86**

| | |
|---:|---:|
| Time Entry Sub-Total: | 64,745.50 |
| Expense Sub-Total: | 2,726.86 |
| **Sub-Total:** | 67,472.36 |
| **Total:** | 67,472.36 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$67,472.36** |