```
Date           Matter          Client
Entry#                         Matter Description
                               Task   Explanation                                         Law Type
                                                                                          Hours        Rate       Total


Lawyer: KS   - Kris Skaar
Jul 19/2012 2012-01207         Wreyford, H
14615                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     tcw/ atty JH re: class; research; review                    2.30      345.00      793.50
Jul 20/2012 2012-01207         Wreyford, H
14629                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     research and review authority re: political calls/possible first    2.70   345.00  931.50
                               amendment issues; review and suggest revisions to complaint; cw/
                               atty JH re: anticipated factual developments (i.e., existence of
                               presently unknown political consultancy that was involved in
                               arranging the calls); tcw/ atty JF and JH re: preparation for filing
Jul 23/2012 2012-01207         Wreyford, H
14639                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     tcw/ atty JH re: expected involvment of ad agency/consultancy and  0.50   345.00  172.50
                               possible discovery/investigation re: public filings for PACs; tcw/
                               atty JF re: same
Jul 24/2012 2012-01207         Wreyford, H
14658                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     review and analyze ethics comm'n filings by defendant       1.10      345.00      379.50
Jul 25/2012 2012-01207         Wreyford, H
14664                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     research re: robocalls; cw/ atty JH re: strategy            0.20      345.00       69.00
Jul 27/2012 2012-01207         Wreyford, H
14701                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     exchange emails re: service and strategy                    0.20      345.00       69.00
Jul 28/2012 2012-01207         Wreyford, H
14702                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     tcw/ re: facts with process server                          0.30      345.00      103.50
Aug 16/2012 2012-01207         Wreyford, H
14827                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     receive and review exchange of emails re: extension involving FMG   0.50   375.00  187.50
                               law firm; receive and review answer from Troutman law firm
Aug 17/2012 2012-01207         Wreyford, H
14832                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     tcw/ (left v.m.) to atty re: ins coverage issue; send email re:    0.50   375.00  187.50
                               same; tcw/ atty JS re: ins coverage
Aug 29/2012 2012-01207         Wreyford, H
14891                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     review draft joint prelim                                   0.40      375.00      150.00
Aug 30/2012 2012-01207         Wreyford, H
14897                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     pre-cw/ atty JH re: 26(f); tcw/ atty BM, AD, JH re: 26(f)   1.50      375.00      562.50
                               conference and settlement discussion; post-cw/ atty JH re: review
                               of new information, theories, plans, strategy
Aug 31/2012 2012-01207         Wreyford, H
14909                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     investigation in response to info provided at               0.40      375.00      150.00
Sep 12/2012 2012-01207         Wreyford, H
14980                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     review, revise and edit joint prelim                        0.80      345.00      276.00
Sep 17/2012 2012-01207         Wreyford, H
15022                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     review, revise, approve cert of Interested persons and initial    0.30    345.00   103.50
                               disclosures
Sep 18/2012 2012-01207         Wreyford, H
15027                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     revised discovery requests                                  0.50      375.00      187.50
Sep 22/2012 2012-01207         Wreyford, H
15054                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     cw/ atty JH re: strategy re: time limits, adding party, and 0.40      375.00      150.00
                               possible provisional motion for class certification
Sep 28/2012 2012-01207         Wreyford, H
15069                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     review revise edit and re-write motion/brief to add party/amend    2.00    375.00   750.00
                               complaint, amended complaint, motion/brief to extend time to file
                               motino for class certification
Oct  1/2012 2012-01207         Wreyford, H
15070                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     cw/ atty JH re: revisions and finalization of motions/briefs  0.60    375.00      225.00
Oct  9/2012 2012-01207         Wreyford, H
15110                          H. Wreyford v. [T-SPLOT CALLER]                            TCPA
                        BW     cw/ re: status and scheduling                               0.20      375.00       75.00
Oct 10/2012 2012-01207         Wreyford, H
```

```
Date          Matter        Client
Entry#                      Matter Description                                          Law Type
                      Task  Explanation                                                          Hours        Rate       Total


              15125                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   cw/ atty JH re: strategy for dealing with deadlines & attorneys     0.60      375.00      225.00
Oct 11/2012  2012-01207      Wreyford, H
              15126                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   draft motion for expedited consideration etc.; file same; tcw/     3.60      375.00     1350.00
                              judge's chamber (left v.m.)
Oct 15/2012  2012-01207      Wreyford, H
              15148                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   cw/ JH re: strategy; tcw/ Judge's cal clerk                         0.80      375.00      300.00
Oct 16/2012  2012-01207      Wreyford, H
              15158                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   receive vm from judge's staff; tcw/ atty JH re: new information     0.30      375.00      112.50
                              from court
Oct 16/2012  2012-01207      Wreyford, H
              15162                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   cw/ JH re: documents and research necessary; tcw/ pot witness re:   1.10      375.00      412.50
                              costs and other factors re: robo calling
Oct 17/2012  2012-01207      Wreyford, H
              15168                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   read, revise, review and edit first draft of brief; develop list of 0.30      375.00      112.50
                              ancilary documents necessary
Oct 18/2012  2012-01207      Wreyford, H
              15170                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   work on declarations of atty JS and KS; review, revise and edit     3.50      375.00     1312.50
                              final version of memorandum
Oct 20/2012  2012-01207      Wreyford, H
              15178                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   wait for On Target to show up                                       0.60      375.00      225.00
Oct 23/2012  2012-01207      Wreyford, H
              15192                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   cw/ atty JH re: counter-strategy                                    0.90      375.00      337.50
Oct 24/2012  2012-01207      Wreyford, H
              15195                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   cw/ atty JH re: response to OnTarget letter; review, revise, edit  0.80      375.00      300.00
                              email demand for production of documents
Oct 25/2012  2012-01207      Wreyford, H
              15200                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   review email from atty Go                                           0.20      375.00       75.00
Nov  1/2012  2012-01207      Wreyford, H
              15217                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   cw/ JH re: strategy for dealing with discovery issues; review     0.50      375.00      187.50
                              outgoing discovery responses
Nov  5/2012  2012-01207      Wreyford, H
              15229                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   cw/ atty JH re: tcw/ re: def's delayed production of documents;    0.70      375.00      262.50
                              review brief in opp to motion for class cert/aff't of counsel
Nov  9/2012  2012-01207      Wreyford, H
              15252                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   cw/ atty JH and review status of discovery; plan/strategize how to 1.20      375.00      450.00
                              approach 3d party subpoenas, reply in support of motion to certify
                              class and possible necessity of further supplementation
Nov 13/2012  2012-01207      Wreyford, H
              15260                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   review order                                                        0.40      345.00      138.00
Nov 14/2012  2012-01207      Wreyford, H
              15261                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   review discovery                                                    1.00      375.00      375.00
Nov 19/2012  2012-01207      Wreyford, H
              15283                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   tcw/ atty for at&t; email to atty JH re: same                       0.20      375.00       75.00
Nov 21/2012  2012-01207      Wreyford, H
              15297                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   cw/ atty JH re: reply brief; review, revise, edit reply brief       1.50      375.00      562.50
Nov 30/2012  2012-01207      Wreyford, H
              15330                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   cw/ atty JH re: status and discovery/subp responses                 0.40      375.00      150.00
Dec  5/2012  2012-01207      Wreyford, H
              15354                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   review subpoena                                                     0.30      375.00      112.50
Dec  6/2012  2012-01207      Wreyford, H
              15355                       H. Wreyford v. [T-SPLOT CALLER]               TCPA
                         BW   receive and review answer; email with observations and inquiries to 0.80      375.00      300.00
                              atty JH; cw/ atty JH
```

```
Date         Matter        Client
Entry#                     Matter Description                                          Law Type
                      Task Explanation                                                     Hours       Rate        Total
```

| Date | Entry# | Matter | Client / Description | Task | Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| Dec 18/2012 | 15424 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | cw/ atty JH re: planning | TCPA | 0.50 | 375.00 | 187.50 |
| Dec 21/2012 | 15436 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | telephone conference | TCPA | 0.30 | 375.00 | 112.50 |
| Jan  4/2013 | 15473 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review status and brain-storm with atty JH re: tactics re: discovery, supplement (in support of class cert motion) and extension motions | TCPA | 0.60 | 375.00 | 225.00 |
| Jan  7/2013 | 15482 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review proposed order; tcw/ atty JH re: response; tcw/ atty TL (took msg for atty JH); cw/ atty JH re: strategy for working out scheduling order; review, revise and edit supplementation to motion for class cert | TCPA | 0.90 | 375.00 | 337.50 |
| Jan 14/2013 | 15523 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | cw/ atty JH re: strategy/possible settlement path | TCPA | 0.80 | 375.00 | 300.00 |
| Jan 16/2013 | 15534 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review insurance policy; prepare email/memo to atty JH re: status of insurance coverage/arguments | TCPA | 0.90 | 375.00 | 337.50 |
| Jan 23/2013 | 15553 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | cw/ atty JH re: CTM response and our reply | TCPA | 0.30 | 375.00 | 112.50 |
| Jan 24/2013 | 15555 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review issues re: prot order requested by AT&T | TCPA | 0.50 | 375.00 | 187.50 |
| Jan 28/2013 | 15566 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review discovery and request | TCPA | 0.80 | 345.00 | 276.00 |
| Jan 28/2013 | 15572 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review protective order | TCPA | 1.00 | 375.00 | 375.00 |
| Jan 30/2013 | 15577 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | cw/ atty JH re: RoboCent subp; arrange for location of production | TCPA | 0.70 | 375.00 | 262.50 |
| Jan 31/2013 | 15580 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review, revise order to resolve AT&Tproduction issue (for now) | TCPA | 0.40 | 375.00 | 150.00 |
| Feb  1/2013 | 15584 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review, revise and edit reply brief | TCPA | 0.40 | 375.00 | 150.00 |
| Feb  4/2013 | 15590 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | cw/ atty JH | TCPA | 0.20 | 375.00 | 75.00 |
| Feb  6/2013 | 15600 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review, revise, edit reply in suport of supplement to class cert | TCPA | 3.00 | 345.00 | 1035.00 |
| Feb  7/2013 | 15610 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | email to atty JH re: access to emails with non-party | TCPA | 0.30 | 375.00 | 112.50 |
| Feb  8/2013 | 15618 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review protective order; exchange emails with atty JH re: at&t protective order | TCPA | 0.50 | 375.00 | 187.50 |
| Feb 18/2013 | 15664 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review email exchange re: protective order; | TCPA | 0.40 | 375.00 | 150.00 |
| Feb 19/2013 | 15665 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | review exchange of emails re: protective order; review discovery responses to OnTargets requests; prepare emails to atty JH re: my commentary on discovery responses | TCPA | 1.20 | 375.00 | 450.00 |
| Feb 22/2013 | 15717 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | tcw/ atty JH re: docs from RoboCent | TCPA | 0.40 | 375.00 | 150.00 |
| Feb 25/2013 | 15729 | 2012-01207 | Wreyford, H / H. Wreyford v. [T-SPLOT CALLER] | BW | tcw/ atty JH re: availability of new info from RoboCent and modification of discovery responses; review revised version of | TCPA | 0.70 | 375.00 | 262.50 |

| Date<br>Entry# | Matter | Client<br>Matter Description<br>Task Explanation | Law Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | responses to interrogatories and request for production | | | | |
| Feb 26/2013<br>15740 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  review motion; cw/ atty JH re: responsive plan | TCPA | 0.30 | 375.00 | 112.50 |
| Feb 27/2013<br>15748 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  review service of discovery responses | TCPA | 0.30 | 375.00 | 112.50 |
| Mar  5/2013<br>15774 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  cw/ atty JH re: At&t doc production and class definition | TCPA | 0.50 | 345.00 | 172.50 |
| Mar  6/2013<br>15786 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  review w/ JH possible amendments to motion (and class definition) | TCPA | 0.60 | 375.00 | 225.00 |
| Mar  7/2013<br>15793 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  review progress on amended motion for class cert; cw/ JH re:<br>strategy, new submissions, form of new submissions, evidence and<br>evidentiary issues | TCPA | 1.50 | 375.00 | 562.50 |
| Mar  8/2013<br>15798 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  review, suggest revisions for amended class cert documents; revise<br>and finalize my declaration | TCPA | 2.00 | 375.00 | 750.00 |
| Mar 14/2013<br>15815 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  review motion (for tele conf) response; review amended disclosures;<br>review settlement letter | TCPA | 1.20 | 375.00 | 450.00 |
| Mar 15/2013<br>15821 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  tcw/ atty JH re: motion for judgment on pleadings, theories and<br>responses; review motion for judgment on the pleadings; review<br>request for extension/stay; exchange emails re: same | TCPA | 1.50 | 375.00 | 562.50 |
| Mar 17/2013<br>15828 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  research 1st amendment issue | TCPA | 0.90 | 375.00 | 337.50 |
| Mar 18/2013<br>15830 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  research 1st amendment issue; cw/ atty JH re: same | TCPA | 2.90 | 375.00 | 1087.50 |
| Mar 19/2013<br>15841 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  cw/ atty JH re: involvment of USAG, notice, strategy, etc. | TCPA | 0.40 | 375.00 | 150.00 |
| Mar 19/2013<br>15850 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  tcw/ atty PW re: holt letter | TCPA | 0.10 | 375.00 | 37.50 |
| Mar 20/2013<br>15857 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  cw/ atty JH re: 1st amendment issues | TCPA | 0.50 | 375.00 | 187.50 |
| Mar 21/2013<br>15862 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  cw/ atty JH re: strategies for motions, teleconference, and<br>possible settlement/mediation | TCPA | 1.20 | 375.00 | 450.00 |
| Mar 22/2013<br>15864 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  cw/ atty JH in prepare for (and after) "status/discovery" telephone<br>conference between atty JH & AL re: status, discovery, motions,<br>settlement | TCPA | 0.60 | 345.00 | 207.00 |
| Mar 25/2013<br>15872 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  read, review, make editorial notes for revision of brief in<br>response to motion for judgment on the pleadings | TCPA | 1.70 | 375.00 | 637.50 |
| Mar 27/2013<br>15891 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  cw/ atty JH re: strategy | TCPA | 0.50 | 375.00 | 187.50 |
| Apr  8/2013<br>15917 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  receive and review reply brief and "notice" to AG | TCPA | 0.40 | 345.00 | 138.00 |
| Apr  8/2013<br>15918 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW | TCPA | 0.30 | 345.00 | 103.50 |
| Apr 16/2013<br>15969 | 2012-01207 | Wreyford, H<br>H. Wreyford v. [T-SPLOT CALLER]<br>BW  review Genesis and cases cited in Genesis; cw/ atty JH re:<br>strategies to counter Genesis based moves by defendants | TCPA | 1.70 | 375.00 | 637.50 |
| Apr 24/2013 | 2012-01207 | Wreyford, H | | | | |

Sep  9/2014                              THE LAW OFFICE OF KRIS SKAAR, P.C.                                    Page 5
                                                 Time Listing
                                                  ALL DATES

```
Date         Matter       Client
Entry#                    Matter Description                                          Law Type
                  Task    Explanation                                                            Hours        Rate         Total


15995                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    review and edit response to motion for stay                             0.20       375.00         75.00
Apr 29/2013  2012-01207   Wreyford, H
16013                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    review offer of settlement; cw/ atty JH re: resposne                    0.70       375.00        262.50
Apr 30/2013  2012-01207   Wreyford, H
16021                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    tcw/ Mr. W                                                              0.10       375.00         37.50
May  2/2013  2012-01207   Wreyford, H
16039                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    tcw/ atty JH re: settlement strategies                                  0.40       375.00        150.00
May  6/2013  2012-01207   Wreyford, H
16057                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    possible mediation                                                      0.20       375.00         75.00
May  7/2013  2012-01207   Wreyford, H
16066                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    review USA pleadings; email with atty JF and JH re: impact on           0.60       375.00        225.00
                          possible mediation
May 10/2013  2012-01207   Wreyford, H
16082                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    cw/ JH re: possible negotiations                                        0.70       375.00        262.50
May 16/2013  2012-01207   Wreyford, H
16092                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    review court order                                                      0.20       375.00         75.00
May 21/2013  2012-01207   Wreyford, H
16103                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    multiple brief conf w/ atty JH re: status and strategy; review          0.50       375.00        187.50
                          letter from atty BM
May 28/2013  2012-01207   Wreyford, H
16121                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    review letter re: subp from Target Smart's counsel                      0.20       375.00         75.00
May 29/2013  2012-01207   Wreyford, H
16130                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    exchange emails re: atty BG's inquiry about settlement/stay             0.30       375.00        112.50
Jun  6/2013  2012-01207   Wreyford, H
16196                     H. Wreyford v. [T-SPLOT CALLER]                              TCPA
                    BW    review US atty general filing intervening in case to defend const       0.30       375.00        112.50
                          of case
```

                              *** Summary by Working Lawyer ***

```
Working Lawyer                                       Hours                  Amount

KS   - Kris Skaar                                    73.40                27093.00
                                                  ─────────              ──────────
     Total:                                          73.40                27093.00
```

REPORT SELECTIONS
```
Report:                   Time Listing
Layout Template:          All
Requested by:             ADMIN
Finished:                 Tuesday, September 09, 2014 at 02:37:09 PM
Date Range:               ALL DATES
Matters:                  All
Clients:                  All
Lawyer:                   All
Task:                     All                       Sorted By:                    Order Entered
Time/Fee:                 Both                      Corrected Entries:            Not Included
Shown By:                 Task                      Show User Name:               No
Show Daily totals:        No                        Show Held Items only:         No
Ver:                      7.63f                     Matter Security Enabled:      No
Printed from:             Register
```