**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| HAYDEN WREYFORD, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CITIZENS FOR TRANSPORTATION MOBILITY, INC., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:12-cv-02524-JFK |

## J U D G M E N T

This action having come before the court, Honorable Janet F. King, Chief United States Magistrate Judge, for consideration of plaintiff's motion for attorney fees and for an award of costs and expenses from the settlement fund, and the court having granted said motion, it is

**Ordered and adjudged** that plaintiff is awarded attorneys' fees in the amount of $108,333.33, or 33 1/3 percent of the common fund, and plaintiff is awarded costs and expenses in the amount of $2,571.86.

Dated at Atlanta, Georgia this 16th day of October, 2014.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                                  By:  s/Traci Clements Campbell
                                                  Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 16, 2014
James N. Hatten
Clerk of Court


By: Traci Clements Campbell
      Deputy Clerk