IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HAYDEN WREYFORD, *on behalf of himself and all others similarly situated* | : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION FILE : |
| CITIZENS FOR TRANSPORTATION MOBILITY, INC., *et al.*, | : No. 1:12-cv-2524-JFK : : : |
| Defendants. | : : |

## NOTICE OF SATISFACTION OF JUDGMENT [135] FILED ON OCTOBER 16, 2014

COMES NOW, PLAINTIFF, and files this notice acknowledging that the

Judgment [135] filed on the 16th day of October, 2014 has been satisfied.

Respectfully submitted,

        S<small>KAAR</small> & F<small>EAGLE</small>, LLP

        by:    / s/ Justin T. Holcombe
                  Justin T. Holcombe
                  Attorney for Plaintiff
                  Georgia Bar No. 552100

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA 30060
voice (770) 427 - 5600 ● fax (404) 601 - 1855
jholcombe@skaarandfeagle.com